IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
for the use and benefit of
SUNSTATE EQUIPMENT CO., LLC,
an Arizona limited liability company,

        Plaintiffs,

vs.                                                  CIV No. 14-0091 KG/LF

MLEE CORP, a Texas corporation,
and LINDA GARRAHAN,

        Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter is before the Court on its Order entered on July 11, 2014, (Doc.7) ordering Plaintiff to effect service on Defendant Garrahan sixty (60) days from the date of the filing of the Order and to provide proof of such service to the Court. The Court warned Plaintiff that failure to comply with the Order "will result in a dismissal of Plaintiff's claims against Defendant Garrahan without prejudice." *Id.* at 3. Plaintiff has not shown proof of service of Defendant Garrahan to date and, therefore, Plaintiff's claims against Defendant Garrahan shall be dismissed without prejudice.

IT IS THEREFORE ORDERED that Plaintiff's claims against Defendant Garrahan are dismissed without prejudice and Defendant Garrahan is dismissed from this case.

_____
UNITED STATED DISTRICT JUDGE