IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
for the use and benefit of
SUNSTATE EQUIPMENT CO., LLC,
an Arizona limited liability company,

        Plaintiffs,

vs.                                    CIV No. 14-0091 KG/LF

MLEE CORP, a Texas corporation,

        Defendant.

### ORDER SETTING A TELEPHONIC STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference will be held by telephone on **THURSDAY, OCTOBER 22, 2015 AT 10:00 AM**.  Counsel shall call Judge Gonzales' Meet Me line at 505.348.2354 to be connected to the proceedings. This line can only accommodate up to five telephone lines, including the Courts; if the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.

                                                                    UNITED STATES DISTRICT JUDGE