IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
for the use and benefit of
SUNSTATE EQUIPMENT CO., LLC,
an Arizona limited liability company,

        Plaintiff,

vs.                                       CIV No. 14-0091 KG/LF

MLEE CORP., a Texas Corporation,

        Defendant.

**ORDER**

This matter comes before the Court after holding a telephonic status conference on October 22, 2015, regarding how to address the damages determination against the defaulting Defendant.

IT IS ORDERED that

1. briefing any admissible evidence addressing damages caused by the defaulting Defendant, MLee Corp., shall be filed with the Court no later than 5:00 p.m. on November 5, 2015;

2. any responsive briefing shall be filed with the Court no later than 5:00 p.m. on November 19, 2015; and

3. a proposed order shall be submitted to chambers by Plaintiff's counsel no later than 5:00 p.m. on November 23, 2015.

_____
UNITED STATES DISTRICT JUDGE