IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA, for**
the use and benefit of
**SUNSTATE EQUIPMENT CO., LLC,**
an Arizona limited liability company,

        **Plaintiff,**

v.                          No. 1:14-cv-00091 KG/LF

**MLEE Corp., a Texas corporation,**
and **LINDA GARRAHAN,**

        **Defendants.**

## DEFAULT JUDGMENT AGAINST DEFENDANT MLEE Corp.

This matter having come before the Court for consideration of the Motion of Plaintiff SunState Equipment Co., LLC in support of its damages claim against Defendant MLEE Corporation, and the Court having considered the Clerk's entry of default, the Plaintiff's motion, the points and authorities cited therein, and the affidavit and documentary evidence attached thereto and being sufficiently advised in the premises,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Plaintiff SunState Equipment Co., LLC have and recover judgment against Defendant MLEE Corp. in the sum of $24,427.31 plus court costs.

_____
UNITED STATES DISTRICT JUDGE

Submitted:

ALDRIDGE, GRAMMER & HAMMAR, P.A.

BY:  /s/ David A. Grammer III
DAVID A. GRAMMER III
*Attorneys for Plaintiff*
1212 Pennsylvania St. NE
Albuquerque, NM 87110
Tel. (505) 266-8787